UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB S. SILVERMAN,<br>    Plaintiff,<br>    v.<br>DALE REINHOLTSEN,<br>    Defendant. | Case No. 17-cv-03194-MEJ<br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, the Court hereby DISMISSES this action with prejudice. The Clerk of the Court shall enter judgment in favor of defendant and against plaintiff. The Clerk shall close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 5, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge